1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

9
10
11

| | |
|---|---|
| MANLEY TOYS LTD., | ) CASE NO.:   CV 09-06711 CBM (FMOx) |
| | ) |
| Plaintiff, | ) **ORDER GRANTING PROTECTIVE** |
| | ) **ORDER CONCERNING** |
| | ) **CONFIDENTIAL INFORMATION** |
| v. | ) |
| | ) **\*\*NOTE CHANGES MADE BY THE** |
| | ) **COURT\*\*** |
| FNF ENTERPRISES, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) **Date:    N/A** |
| | ) **Time:    N/A** |
| | ) **Place:   Courtroom F, Ninth Floor** |
| | ) **Judge:   Hon. Fernando M. Olguin** |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

9

1    The Court having considered the stipulation of the parties and finding good

2    cause the Court hereby GRANTS the parties' Stipulation and enters the Protective

3    order Concerning Confidential Information.

4

5

6    IT IS SO ORDERED.

7

8    Date:  8/4/2010                    By:    /s/   Fernando M. Olguin

9                                              Hon. Fernando M. Olguin
                                               United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28